DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADVANCED PHYSICAL MEDICINE & REHAB OF MIAMI, LLC,** a/a/o
**MARLENE PEREZ ALFONSO,**
Appellant,

v.

**UNITED AUTOMOBILE INSURANCE COMPANY,**
Appellee.

No. 4D21-3220

[April 20, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Terri-Ann Miller, Judge; L.T. Case No. 062021SC047087AXXXCE.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

Michael J. Neimand, House Counsel, United Automobile Insurance Company, Miami.

**CONFESSION OF ERROR**

PER CURIAM.

Based on Appellee United Automobile Insurance Company's confession of error, we reverse and remand for further proceedings consistent with *Advanced Diagnostic Group v. Ocean Harbor Casualty Insurance Co.*, 321 So. 3d 772, 773 (Fla. 4th DCA 2021).

*Reversed and remanded for further proceedings.*

FORST, KLINGENSMITH and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***